**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | Criminal No. 1:23- |
| | : | |
| **DUANE KING,** | : | **VIOLATION:** |
| | : | **18 U.S.C. §§ 201(b)(1) & 2 (Bribery)** |
| Defendant. | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. § 981(a)(1)(C); 28 U.S.C. §** |
| | : | **2461(c)** |

## INFORMATION

The United States of America charges that:

### COUNT ONE

1. From in or about 2016 to in or about 2020, within the District of Columbia and elsewhere, the defendant, DUANE KING, aided and abetted by CC-1, corruptly did give, offer, and promise anything of value to Public Official 1, Public Official 2, Public Official 3, Public Official 4, and Public Official 5 with the intent to influence an official act and to induce the commission and omission of any act in violation of the lawful duty of such official; that is, KING, aided and abetted by CC-1, gave, offered, and promised money to Public Official 1, Public Official 2, Public Official 3, Public Official 4, and Public Official 5 in exchange for the public officials steering government contracts and funds to American Business Supplies, the business that KING owned and at which CC-1 was employed, and other entities associated with American Business Supplies.

All in violation of Title 18, United States Code, Section 201(b)(1) & 2.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to these offenses, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

The United States will also seek a forfeiture money judgment against the defendant in the amount of $61,250.

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

- a. cannot be located upon the exercise of due diligence;
- b. has been transferred or sold to, or deposited with, a third party;
- c. has been placed beyond the jurisdiction of the Court;
- d. has been substantially diminished in value; or
- e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United Sates Code, Section 2461(c), and Title 21, United States Code, Section 853(p)).

                    MATTHEW M. GRAVES
                    UNITED STATES ATTORNEY
                    D.C. Bar No. 481052

By: _____
                    CHRISTOPHER R. HOWLAND (D.C. 1016866)
                    LIZ ALOI (D.C. 1015864)
                    Assistant United States Attorneys

                    Public Corruption and Civil Rights
                    Section U.S. Attorney's Office
                    601 D Street, N.W., 5th Floor
                    Washington, D.C. 20530
                    (202) 252-7106 (Howland)
                    (202) 252-7212 (Aloi)
                    Christopher.Howland@usdoj.gov
                    Elizabeth.Aloi@usdoj.gov